Attn: Abel Acosta, Clerk    PD-1674-14

Benjamin Alley Moore    7/8/63
P.O. Box 433
Bandera, TX. 78003

Denied
Cheryl Johnson
3/23/15

Court of Criminal Appeals of Texas
P.O. Box 12308
Capital Station, Austin, TX. 78711

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

March 18, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

RE: Tr. Ct. No. 2012CR4943
    COA No. 04-14-00679-CR
    PD1674-14

Honorable Members of Court of Appeals,
    In regards to my Discretionary Review/
Petition, which was refused 3/4/15, I'am
requesting an extension on time of
30 to 60 days.
    I'am an 51 yr. old vet with service
connected health problems with a very
low income. I just need more time
to retain an attorney for a petition
for a re-hearing/re-review.
    Thank you very much,
3/18/15

Benjamin Alley Moore
PO Box 433
Bandera TX 78003

Court of Criminal Appeals
201 W. 14th St Rm 106
Austin, Texas 78701

Attn: Abel Acosta, clerk



UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 000.000
0001748704   MAR 19 2015
MAILED FROM ZIP CODE 78006